**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BEVERLY RIVERA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   23-454** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA OFFICE OF THE** | : | |
| **ATTORNEY GENERAL** | : | |

# ORDER

   **AND NOW**, this 13th day of November 2024, upon considering defendant's motion for summary judgment (DI 24), plaintiff's response in opposition (DI 29), and defendant's reply (DI 31), it is **ORDERED** defendant's motion (DI 24) is **GRANTED** for the reasons stated in this court's memorandum.  The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**