UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY RIVERA | : |
| | : |
| v. | :    No. 23-454 |
| | : |
| COMMONWEALTH OF PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | : : : |

**Notice of Appeal**

Plaintiff, Beverly Rivera, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered November 13, 2024, granting Defendant's Motion for Summary Judgment.

Dated: December 13, 2024

    *s/Robert T Vance Jr*
Robert T Vance Jr (RTV3988)
Law Offices of Robert T Vance Jr
123 South Broad Street, 15th Floor
Philadelphia PA 19109
267 887 0172 tel / 215 501 5380 fax
rvance@vancelf.com

*Attorney for Beverly Rivera*